JLS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH RICHARD THOMPSON HINES,

Plaintiff,

v.

OFFICER SCOTT NEUHAUS,

Defendant.

CIVIL ACTION
NO. 17-1387

## ORDER

**AND NOW**, this 11TH day of April, 2018, upon reviewing Defendant Officer Scott Neuhaus' Motion to Dismiss (Docket No. 12) and all supporting and opposing papers, it is hereby **ORDERED** that Defendant's motion is **GRANTED**. The Clerk of Court is directed to close this case.

BY THE COURT:

Jeffrey L. Schmehl, J.